# United States Court of Appeals
## For the First Circuit

No. 14-1327

C.W. Downer & Company,

Plaintiff, Appellant,

v.

Bioriginal Food & Science Corporation,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on November 12, 2014, is amended as follows:

On page 5, line 5, "board" is changed to "Board".

On page 12, line 18, "emails" is changed to "e-mails".

On page 15, line 19, "their" is changed to "[its]".

On page 17, line 6, "Massachusetts'" is changed to "Massachusetts's".

On page 17, note 4, "choice of law" is changed to "choice-of-law".